## U.S. District Court for the Northern District Of Illinois
### Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly**

**Case Title:** Schmalfeldt v. Grady et al

**Case:** 1:16-cv-07150
Judge Sara L. Ellis
Magistrate Judge Young B. Kim

An appearance is hereby filed by the undersigned as a pro se litigant:

**Name:** William M. Schmalfeldt, Sr.

**Street Address:** 3209 S. Lake Dr., Apt. 108

**City/State/Zip:** Saint Francis, WI 53235

**Phone Number:** 414-249-4379

*[Signature]*

**Executed on (date):** July 8, 2016

### REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[X] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

**E-Mail Address:** bschmalfeldt@twc.com

FILED
JUL 1 1 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rev. 06/23/2016