

[If you need additional space for ANY section, please attach an additional sheet and reference that section]

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 1 1 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

William M. Schmalfeldt, Sr.

Plaintiff(s)

v.

Patrick G. Grady
Sarah R. Palmer

Defendant(s

)
)
)
)
)
)
)
)
)
)
)

1:16-cv-07150

Judge Sara L. Ellis

Magistrate Judge Young B. Kim

### MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, William M. Schmalfeldt, Sr._____, declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   **(NOTE: This item must be completed.)**
   Several different firms throughout the Milwaukee area,

   but I have been unable to find an attorney because:
   I cannot afford the retainers, and some won't take the case anyway for the lack of "deep pockets" in the Defendants.

3. I declare that (check all that apply):
   *(Now:)*
   ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☒ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   
   OR
   
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

   ☐ Grammar school     ☐ Some high school    ☒ High school graduate
   ☐ Some college       ☐ College graduate    ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_____         3209 S. Lake Dr., Apt. 108
Signature of Movant                     Street Address

July 8, 2016                            Saint Francis, WI 53235
Date                                    City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016