IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

William M. Schmalfeldt, Sr.
,

Plaintiff(s),

v.

Patrick G. Grady et al,

Defendant(s).

Case No. 16-cv-7150
Judge Sara L. Ellis

### ORDER

Application by Plaintiff for leave to proceed informa pauperis [4] is granted. Motion by Plaintiff for attorney representation [5] is granted. The initial status conference in this matter is set for 9/29/2016 at 1:30PM. The parties are directed to review the procedures and requirements for this conference on Judge Ellis' web site and to submit the required Initial Status Report by 9/22/2016. The Court recruits Timothy John Cavanagh, Cavanagh Law Group, 161 N Clark St., Ste 2070 Chicago, IL 60601, (312) 425-1900, Fax: 312-425-1904, Email: tjc@cavanaghlawgroup.com to represent plaintiff.

Date: 8/12/2016 /s/ Sara L. Ellis, U.S. District Judge