**FILED**

NF

8/12/2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

WILLIAM M. SCHMALFELDT, SR
3209 S. Lake Dr., Apt. 108
Saint Francis, WI 53235
*Pro Se Plaintiff*

v.

PATRICK G. GRADY
Aka "Paul Krendler"
1103 N. Chesapeake Ct.
Palatine, IL 60047

SARAH R. PALMER
501 Redd St.
Reidsville, NC 27320

*Defendants*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

United States District Court
for the Northern District of Illinois

1:16-cv-07150
Judge Sara L. Ellis
Magistrate Judge Young B. Kim

**RECEIVED**

JUL 1 1 2016

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## COMPLAINT FOR DEFAMATION PER SE, CIVIL CONSPIRACY, FALSE LIGHT INVASION OF PRIVACY, HARASSMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, STALKING AND MISAPPROPRIATION OF PLAINTIFF'S NAME AND LIKENESS

COMES NOW Plaintiff William M. Schmalfeldt, Sr. with this complaint for defamation per se, civil conspiracy, false light invasion of privacy, harassment, intentional infliction of emotional distress, stalking, and misappropriation of plaintiff's name and likeness. These tortious acts were committed by Patrick G. Grady, who blogs under the pseudonym "Paul Krendler" at http://thinkingmanszombie.com; and by Sarah R. Palmer, who blogs under at least two pseudonyms: "The Dread Pirate Zombie" at http://billysez.wordpress.com, and as "Ashterah" on various other web sites. The purpose was to increase their blog followings and donations thereto by smearing the reputation of Plaintiff with false allegations, private information and defamatory mistruths.

## PARTIES

1.      William M. Schmalfeldt, Sr., is a 61-year old widower residing at 3209 S. Lake

Drive, Apartment 108, Saint Francis, Wisconsin. He took an early disability retirement from the

federal government in 2011 after working for the National Institutes of Health as a writer/editor

and media liaison for the NIH Clinical Center. He retired due to the advanced condition of his

Parkinson's disease, for which he was diagnosed in 2000. When his wife died in June 2015,

Plaintiff decided to move from his home in Maryland and relocate in or near Milwaukee,

Wisconsin. Since 2014 he has been subjected to near daily defamation and harassment from

defendants.

2.      Patrick G. Grady resides at 1103 N. Chesapeake Ct. in Palatine, Illinois. On

information and belief he is a systems analyst for a company called Capgemini at one of their

Chicago area offices. He is a self-described sufferer of bipolar disease and has, in the past,

blamed his wife for limiting his success by insisting he hold a steady job. One of his children is a

young adult, suffering from spina bifida. In April 2014, Grady began blogging under the

pseudonym of "Paul Krendler," the name of the character played by Ray Liotta in the movie

"Hannibal." The entire subject of his blog at http://thinkingmanszombie.com is dedicated to

defaming and misrepresenting the reputation of Plaintiff. Plaintiff learned of "Krendler's" real

identity through a variety of means, including the identification of 50 images posted on his blog

where the metadata [1] indicates the images were uploaded to the web site by Patrick Grady

(Exhibit A). On information and belief, "Krendler" has never specifically denied that he is

Patrick Grady, as he seems to prefer playing games with the Plaintiff rather than either admitting

---

[1] Metadata is information embedded in online images that describes how and when and by whom a particular set of data was collected, and how the data is formatted, including the name of the person who either shot or uploaded the image onto a website.

or denying this fact. Defendant Grady obtained a restraining order against Plaintiff using fraudulent information, never mentioning to the Court that he was the author of a "hate blog" directed at Plaintiff.

3. Sarah Palmer resides at 501 Redd St., in Reidsville, NC, where she, on information and belief, cohabitates with an individual named Chad Rakes. According to her husband, Michael Palmer of Inyokern, California, Defendant Palmer was committing adultery with an unidentified individual when she abandoned him and one of her two daughters to flee across country to cheat on her boyfriend and husband with Mr. Rakes. Her elder daughter moved with her after facing charges of shaking her infant son. On information and belief, the adjudication is sealed, but Defendant Palmer's husband revealed to plaintiff that the daughter was given a choice of joining the Army or going to jail, leaving Defendant Palmer to raise the damaged child. Palmer also obtained a restraining order against Plaintiff after demanding that Plaintiff stop contacting her and stop mentioning the damaged child. This gives rise to the much used defamatory comment "toddler stalker" used in reference to Plaintiff by both defendants.

## JURISDICTION AND VENUE

4 This court has general and personal jurisdiction over both defendants as Defendant Grady is an Illinois resident and Defendant Palmer as this case is filed as a diversity question under 28 U.S.C. § 1332(a)(1) as all parties reside in different states and the amount in controversy exceeds $75,000.

5. Venue is appropriate under 28 U.S.C. § 1391(b)(2)(3) as Defendant Grady lives in the forum state and a substantial portion of the events giving rise to the complaint occurred in Illinois.

6.      This court has subject matter jurisdiction to hear cases where complete diversity

of citizens applies. Plaintiff lives in Wisconsin, Defendant Grady lives in the forum state of

Illinois, Defendant Grady resides in North Carolina. The amount in controversy exceeds

$75,000.

### THE CIVIL CONSPIRACY

7.      Defendants Grady and Johnson have worked closely to coordinate their attacks on

Plaintiff. Although not a tort unto itself. Civil Conspiracy is firmly established in case law.[2]

### FIRST CAUSE OF ACTION – Defamation Per Se

8,      Illinois recognizes that certain statements constitute defamation per se.[3] To prove

a case of defamation per se, the Plaintiff must establish the defendant(s) made a false statement

about the plaintiff, there was an "unprivileged" publication to a third party, fault by the

defendant(s) of "negligence" or worse and the publication damaged the plaintiff's reputation

### a.      Painting Plaintiff as a Child Pornographer

9.      Defendant Grady has stated on his blog that Plaintiff is a child pornographer.

---

[2] "To state a claim for civil conspiracy, the plaintiff must allege facts establishing: (1) an agreement to accomplish by concerted action either an unlawful purpose or a lawful purpose by unlawful means; (2) a tortious act committed in furtherance of that agreement; and (3) an injury caused by the defendant." Kovac v. Barron, 2014 IL App (2d) 121100.

[3] These statements are so egregious that they will always be considered defamatory and are assumed to harm the plaintiff's reputation, without further need to prove that harm. In Illinois, a statement that does any of the following things amounts to defamation per se:

- accuses the plaintiff of committing a crime;
- indicates that the plaintiff is infected with a loathsome communicable disease;
- indicates that the plaintiff is unable to perform or lacks integrity in performing his or her employment duties;
- attributes to the plaintiff a lack of ability or otherwise harms the plaintiff in his or her profession; or
- accuses the plaintiff of engaging in adultery or fornication.

Solaia Tech., LLC v. Specialty Pub'g Co., 852 N.E.2d 825, 839 (Ill. 2006).

4

BILL SCHMALFELDT HIMSELF ENGAGES IN SEX ACTS WITH UNDERAGE CUB SCOUTS INCLUDING BUT NOT LIMITED TO URINATION ON SAID CUB SCOUTS, PERFORMING ANAL SEX ON UNDERAGE CUB SCOUTS AND FORCING UNDERAGE CUB SCOUTS TO ORALLY PLEASURE ADULTS AND EACH OTHER. (All Caps In Original, Thinking Man Zombie Blog. July 6, 2016.)

**BILL SCHMALFELDT IS A CHILD PORNOGRAPHER, WHICH IS FUCKING DISGUSTING EVEN IF IT IS NOT NECESSARILY A CRIME. (All Caps in Original, Thinking Man's Zombie Blog, March 26, 2016.)**

10.   Defendant Palmer also refers to Plaintiff's comedic work as Child Pornography.

Those skits describe situations that can be characterized in my **opinion** as being sexually charged, which any modern-day feminist will tell you crosses the line into pornography in her **opinion**. They involve children in these sexually charged situations. Hence my personal **opinion** that they can be classified as child pornography. (From her Billy Sez blog, July 2, 2016.) (Emphasis original)

11.   Defendants are free to hold whatever personal opinion they care to hold.

However, the Supreme Court decided in Milkovich v. Lorain Journal Co., 497 U.S. 1 (1990)

…the Court immunized only pure, evaluative opinion. Thus, a pure, deductive opinion, which is provable as true or false on the basis of objective evidence, carries no immunity. One asserting such an opinion is subject to liability under the same constitutional protections that apply to all factual assertions. *(Id.)*

12.   Child pornography is codified in statute in all 50 states and in US Law. In the

United States, there is no such thing as audio child pornography. Therefore, one cannot hold an

opinion that a recorded comedy bit, not intended to arouse prurient interest, not utilizing actual

children, is child pornography just because one says so. It is a determinable fact. Thus, a pure,

deductive opinion, which is provable as true or false on the basis of objective evidence, carries

no immunity. [4]

    **b.**    **Painting Plaintiff as a Cyberstalker, Adjudicated Harasser and "Toddlerstalker".**

---

[4] See W. Page Keeton, Defamation and Freedom of the Press, 54 Tex. L. Rev.1221, 1249-59 (1976) (discussing the difference between deductive and evaluative opinion).

13.    Plaintiff has never been convicted of the criminal charge of cyberstalking.

Although Plaintiff has restraining orders in place against him, those orders are civil orders only

and they were obtained through the understanding that Plaintiff is so encumbered with his

Parkinson's disease that he was unable to travel to far-flung states across the continent. Yet,

Defendants portray Plaintiff as if he was actually convicted of the crime of Cyberstalking.

14.    On June 16, 2016, Defendant Grady posted on his blog:

> Given that (redacted's) co-defendant is none other than adjudicated online
> harasser, toddlerstalker and demented, cyberstalking DUMBFUCK Bill
> Schmalfeldt, one supposes the lack of thoroughness in the story could be excused
> as a dual matter of self-preservation and professional courtesy.

15.    On March 26, 2016, he wrote:

**BILL SCHMALFELDT IS A CYBERHARASSER, WHICH IS A CRIME.**

**BILL SCHMALFELDT IS A TODDLERSTALKER. WHICH IS A CRIME.**

16.    On March 18, 2016, he wrote:

> Bill Schmalfeldt – adjudicated harasser, adjudicated cyberstalker (of adults,
> children AND senior citizens), liar, dementia addled, turdrolling,
> shitsniffing PLAGIARIST. (Emphasis in original.)

**c.    Other Heinous, Untrue Allegations Made by Defendants**

17    As part of his campaign to vilify the memory of my deceased wife, on

information and belief, Defendant Grady posted a comment to Plaintiff's blog containing a link

to a photo indicating a freshly autopsied, very young female corpse being sexually penetrated.

Rather than admit he sent it. Grady stated on July 7, 2016:

> BILL SCHMALFELDT PUBLISHING ON HIS BLOG PHOTOGRAPHS OF
> DEAD BODIES IN A POST-AUTOPSY STATE BEING SEXUALLY
> VIOLATED

18.   It is true that Plaintiff published a heavily-edited, blurred out, unrecognizable

copy of the photo, the allegation made by Grady is not true and is defamatory.

19.   On March 16, 2016, Defendant Grady wrote:

> It's just that the Defamation-Proof, Shitsniffing, Turdrolling, Demented Five State
> Toddlerstalking Dreadful Friendless *Pro Se* Gamma Terrorist Scrotum Sucker
> knows so much that just isn't so.

20,   Grady claimed on many occasions that Plaintiff has lied about his military
service.

> Stolen Valor veteran DUMBFUCK Bill Schmalfeldt loves him some FOIA now!
> And let's face it…it takes a tool to know one.

21.   Defendants have been actively engaged in an unsuccessful effort to have Plaintiff

evicted from his Apartment. Defendant Grady wrote on March 26, 2016:

> ***When retired idiot with no self-control or internal filter decides to record and
> distribute audio sex depictions of minors from his Catholic Church owned and
> operated apartment, I think his landlords should know. Free Speech means you
> are free to deal with the consequences of your speech, as DUMBFUCK Bill
> Schmalfeldt is fully aware but uses forgot. #dealwithit #DUMBFUCK
> #ChildPornographer.***

22.   Defendant Palmer admits altering a comment I made on her blog to completely

change its meaning into something defamatory. She wrote on her blog on July 7, 2016:

> No. Won't be closing. Not any time soon. And certainly NOT for a brilliant
> parody that I've said several times was a modified comment. Tough cookie. Bill
> Schmalfeldt chose to comment on this website. He chose to try to humiliate one
> of my commenters with his usual vile filth. He got edited and definitely got what
> he deserved as a result.

23.   As the above actions are textbook cases of Defamation Per Se, untrue statements

of a defamatory and heinous nature, meant to damage Plaintiff's reputation. Plaintiff is not

required to prove actual damage. He will seek punitive and statutory damages.

7

## SECOND CAUSE OF ACTION – STALKING

24.     Plaintiff realleges the content of paragraphs 1 through 23.

25.     To prove a case against Defendants for stalking, the Plaintiff must prove
Defendants knowingly engaged in a course of contact specifically directed at him, and
Defendants should have known that this course of contact would cause a reasonable person to
fear for his or safety or the safety of a third person

26.     Defendants Grady and Palmer seem to take great pride in keeping track of every
move Plaintiff makes. Plaintiff recently decided, more than a year after his wife's death, to look
into the possibility of dating. He did not discuss this with anyone outside of Facebook.

27.     On July 5, 2016, Defendant Palmer made a veiled threat toward a lady Plaintiff
was considering for a first date, and indicated her knowledge of what he had written in his dating
profile.

> Makes you wonder if the lovely (redacted) would be willing to "stand up to" the
> evil RWNJ Bill Schmalfeldt said this to. After all, if she responded to his ad, then
> she knows that he is seeking his Liberal Warrior Queen. Or does this fall under
> the category of "not withering at taunts"? Inquiring minds want to know.

28.     In a July 2 post, Defendant Grady headlined: "Dating Tips for the Demented,
Disabled, Not-So-Recently Widowed Senior Citizen," he posted a YouTube video of the song
"Suicide is Painless."

30.     When Plaintiff changes Twitter accounts in an effort to shake off the stalkers, they
somehow manage to find it and alert their readers so the harassment can continue. Same with
Plaintiff's Facebook Account and pen names Plaintiff chooses to utilize. When Plaintiff decided
to move from Maryland to Wisconsin, Defendant Grady posted a photo of Plaintiff's new

8

residence two days before Plaintiff signed his apartment lease, (Exhibit B). This can only be done through a coordinated, conspiratorial effort to cyberstalk the Plaintiff. Defendant Palmer not only admitted on her blog that she stalks Plaintiff, she promises to continue to do so. (Exhibit C)

31. The above referenced actions all reflect and support allegations Stalking 740 ILCS 145. Plaintiff will seek punitive damages, including a permanent injunction against defendants to halt their stalking activities.

### THIRD CAUSE OF ACTION – False Light Invasion of Privacy

32. Plaintiff realleges the content of paragraphs 1 through 31.

33. To prove a claim of False Light Invasion of Privacy, Plaintiff must show that the defendant(s), acting with reckless disregard, placed him before the public in a false light in a manner that was highly offensive to a reasonable person. The elements of false light include falsehood, offensiveness, identification of plaintiff, public disclosure and fault on the part of the Defendants. The above allegations, in addition to being defamation per se, also qualify as False Light Invasion of Privacy.

34. If readers are left to rely on the writing of Defendants to form an opinion about him, they will come away with the conclusion that Plaintiff is a cyberstalker who harasses his victims by stalking them, with his deranged love of child pornography that should be enough reason to have him evicted from his residence.

35. Defendants consistently use the phrase "Google Bill Schmalfeldt" when an uninitiated third party or employer challenges their harassment of Plaintiff. They fail to mention that every website which has a negative word to say about Plaintiff is penned by one of their right wing hack confederates. This is an example of a very successful "Google bombing" created

for no reason other than to ruin whatever chance Plaintiff may have to enjoy the rest of his life or to find companionship.

36.     Plaintiff is, in fact, a humanitarian who volunteered for experimental brain surgery in 2007 at the Vanderbilt University Medical Center to test the survivability of Deep Brain Stimulation in the earlier stages of Parkinson's disease. Plaintiff is a song-writer, a singer (although he does not claim to be a good singer), a voice actor, a blogger and podcaster. An accurate depiction of Plaintiff would include all those things.

37.     The above referenced actions all reflect and support allegations of the Illinois tort of False Light Invasion of Privacy. Defendants are engaged in this conspiracy to ruin Plaintiff's life, and it will cost thousands of dollars for Plaintiff to scrub the Internet of the filth posted in his name. For this reason, Plaintiff will seek compensatory and punitive damages.

## FOURTH CAUSE OF ACTION – Harassment

38.     Plaintiff realleges the content of paragraphs 1 through 37.

39.     To prove a cause of action for Harassment in Illinois, the Plaintiff must establish defendants made an obscene or indecent comment or request with the intent to offend, threaten, or annoy Plaintiff.

40.     Plaintiff has been visited by police on several occasions because of false allegations made by Defendants. Plaintiff has been threatened with eviction because of the false allegations made by Defendants. Plaintiff has been irreparably harmed by the harassment of Defendants.

10

41.     As Plaintiff's wife lay dying on the morning of June 17, 2015, on information and

belief, Defendant Grady, using one of his many pseudonymous account online, sent an e-mail to

Plaintiff asking:

> "Could you get the old girl to hang on for another day? I have the 18[th] in the
> Death Pool."

42.     On information and belief, defendants are responsible for and are major

contributors to several websites created to continue the defamation started on their blogs. They

include:

https://kiwifar.ms/threads/bill-schmalfeldt-william-matthew-schmalfeldt-parky-bill-the-

liberal-grouch.20827/

https://lolcow.farm/pt/res/260014.html

http://billschmalfeldt.tumblr.com/

https://twitter.com/ghostradioonlin

https://encyclopediadramatica.se/Gail_Schmalfeldt#Gail_Schmalfeldt

43.     The apparent point being, Plaintiff must be condemned to live his life alone and

unloved, and his late wife somehow deserves to be the subject of mockery.

44.     The above referenced actions reflect and support allegations of Harassment under

720 ILCS 5. Plaintiff intends to ask the court for punitive damages, including a permanent

injunction against both plaintiffs to cease their harassing activities.

### FIFTH CAUSE OF ACTION – Misappropriation of Plaintiff's Name and Likeness

45.     Plaintiff realleges the content of paragraphs 1 through 44.

46.     Defendant Sarah Palmer in particular is misappropriating plaintiff's name and

likeness for personal gain. Her blog uses the Plaintiff's full name in the title of her blog (Exhibit

11

B) to draw the people who these and other blogs have used their online writings to vilify. She has a well-positioned Donation button to PayPal, and she refuses to remove Plaintiff's name from her blog title. **(EXHIBIT D)**

47.     Plaintiff will ask for recovery in the amount of all donations received through Defendant Palmer's PayPal Account during the time she used Plaintiff's name as the title of her blog.

## SIXTH CAUSE OF ACTION – Intentional Infliction of Emotional Distress

48.     Plaintiff realleges the content of paragraphs 1 through 47.

49.     To prove a claim for Intentional Infliction of Emotional Distress, Plaintiff must establish:

(1) that the defendant's conduct was extreme and outrageous;

(2) that the defendant intended to cause or recklessly or consciously disregarded the probability of causing emotional distress;

(3) that the plaintiff suffered severe or extreme emotional distress; and

(4) that the defendant's conduct actually and proximately caused the plaintiff's emotional distress.

50.     Plaintiff invites the court to think of something more emotionally distressing than seeing his adversaries mock the death of his wife.

51.     Defendant Palmer changed her avatar several times to resemble a decomposing corpse of a woman.

52.     Defendants both used the occasion of the anniversary of Plaintiff's wife's death to mock her demise.

53.     Defendants allow commenters to refer to Plaintiff's wife as a truck stop whore.

12

54.     Defendant Grady has made similar comments about Plaintiff's late wife in his blog. On information and belief, Defendant Grady was responsible for creating a website called "turdsrfood.wordpress.com" that included obscene images and language and defamatory comments about Plaintiff's relationship with his late wife. **(EXHIBIT E)** It was removed on Plaintiff's request to Wordpress.com,

55.     Plaintiff asks if there can be any other reason for this sort of behavior other than to cause extreme emotional distress in a grieving widower.

56.     As this emotional distress is directly responsible for accelerating the progression of Plaintiff's Parkinson's disease symptoms, Plaintiff plans to demand compensatory and punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Mr. Schmalfeldt asks the court to find that the defendants are liable for defamation per se, false light invasion of privacy, harassment, stalking, intentional infliction of emotional distress and conspiracy to commit the above. In addition, Plaintiff asks that Defendant Palmer be held accountable for misappropriation of plaintiff's name and likeness for personal gain. He asks this honorable Court to ORDER the following:

i)     From each defendant, $150,000 in compensatory damages and $500,000 in punitive damages for defamation per se.

ii.)     For each defendant, to be assessed the cost of an Internet Reputation Repair Specialist to remedy the false light caused by defendants, the choice of specialist to be approved by Plaintiff and the Court.

13

iii.)      From each defendant, $50,000 in punitive damages for stalking, and a permanent restraining order from the Court to put a halt to any future stalking activities.

iv.)      From each defendant, $150,000 in punitive damages for harassment, and a permanent restraining order from the Court to put a halt to any future harassment activities.

v.)      From each defendant, $150,000 in punitive damages for intentional infliction of emotional distress.

vi.)      From Defendant Palmer, the closing of her blog at billysez.wordpress.com and a permanent restraining order to prevent creation of any subsequent blogs that invade Plaintiff's privacy.

vii.)      A finding from this Court that the defendants were engaged in a conspiracy to commit the above acts.

viii.)      Any other such relief as the court may deem just and proper.

Respectfully submitted this 8th day of July, 2016.

William M. Schmalfeldt, Sr., pro se
3209 S. Lake Dr., Apt. 108
Saint Francis, WI 53235
414-249-4379
bschmalfeldt@twc.com

# EXHIBIT A

## METADATA FROM 50 IMAGES ON THINKINGMANZOMBIE.COM PROVING THEY WERE UPLOADED BY PATRICK GRADY, AKA "Paul Krendler."

### Basic Image Information

Target image: http://i1.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-7.jpg?w=596

| Artist | **Grady, Patrick** |
|---|---|
| Date | **March 22, 2016** 1:39:07PM (timezone not specified)<br>(3 months, 15 days, 23 hours, 46 minutes, 3 seconds ago, assuming image timezone of US Pacific) |
| File | **596 × 185 JPEG**<br>22,712 bytes (22 kilobytes) |
| Color Encoding | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 76% width (57% the area of the original)

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:22** 13:39:07<br>3 months, 15 days, 23 hours, 46 minutes, 3 seconds ago |
| Create Date | **2016:03:22** 13:39:07<br>3 months, 15 days, 23 hours, 46 minutes, 3 seconds ago |
| Sub Sec Time Original | 57 |
| Sub Sec Time Digitized | 57 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

From Web / From File    Image URL: http://i2.wp.com/thinkingmanszombie.com/wp-cc    View Image At Url    [CLEAR

### Basic Image Information

Target image: http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-17.jpg?w=707

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 29, 2016** 11:52:04AM (timezone not specified)<br>(3 months, 9 days, 19 minutes, 11 seconds ago, assuming image timezone of US Pacific) |
| File: | **707 × 304 JPEG**<br>28,031 bytes (27 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 64% width (41% the area of the original)

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:29** 11:52:04<br>3 months, 9 days, 19 minutes, 11 seconds ago |
| Create Date | **2016:03:29** 11:52:04<br>3 months, 9 days, 19 minutes, 11 seconds ago |
| Sub Sec Time Original | 11 |
| Sub Sec Time Digitized | 11 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

**Target image:** http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/05/tweet.jpg?w=602

| Artist: | **Grady, Pat** |
|---|---|
| Date: | **May 5, 2016** 2:30:09PM (timezone not specified)<br>(2 months, 1 day, 22 hours, 2 minutes, 32 seconds ago, assuming image timezone of US Pacific) |
| File: | **602 × 566 JPEG**<br>61,629 bytes (60 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile:**<br>**Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



🕙 🔎 🔎 🔳 **Main image displayed here at 75% width (56% the area of the original)**

**This Is Radio Drumpf**     👤 Follow

You know, Gail is a very common name, @paulzkrendler. HEY? Like my new tattoo?

11:32 AM - 4 May, 2016

Click image to isolate; click this text to show histogram

---

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,324 bytes (4.2k)

| Artist | Grady, Pat |
|---|---|
| Date/Time Original | **2016:05:05** 14:30:09<br>2 months, 1 day, 22 hours, 2 minutes, 32 seconds ago |
| Create Date | **2016:05:05** 14:30:09<br>2 months, 1 day, 22 hours, 2 minutes, 32 seconds ago |
| Sub Sec Time Original | 82 |
| Sub Sec Time Digitized | 82 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Pat |

|CLEAR

🔘 From Web   **Image URL:** http://i2.wp.com/thinkingmanszombie.com/wp-co    View Image At Url
From File

## Basic Image Information

**Target image:** http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/05/Capture-4.jpg?w=581

| Artist: | **Grady, Pat** |
|---|---|
| Date: | **May 5, 2016** 12:19:44PM (timezone not specified)<br>(2 months, 2 days, 13 minutes, 44 seconds ago, assuming image timezone of US Pacific) |
| File: | **581 × 212 JPEG**<br>25,731 bytes (25 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile:**<br>**Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

🕙 🔎 🔎 🔳 **Main image displayed here at 77% width (60% the area of the original)**

**This Is Radio Drumpf**    👤 Follow

Oh, @paulzkrendler, I am a far better writer than you on my worst days than you will ever be. This is nothing new to you, thief/plagiarist.

11:33 PM - 4 May, 2016

Click image to isolate; click this text to show histogram

---

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,324 bytes (4.2k)

| Artist | Grady, Pat |
|---|---|
| Date/Time Original | **2016:05:05** 12:19:44<br>2 months, 2 days, 13 minutes, 44 seconds ago |
| Create Date | **2016:05:05** 12:19:44<br>2 months, 2 days, 13 minutes, 44 seconds ago |
| Sub Sec Time Original | 76 |
| Sub Sec Time Digitized | 76 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Pat |

**Basic Image Information**

| Target image: | http://i1.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/05/Capture.jpg?w=589 |
|---|---|
| Artist: | **Grady, Patrick** |
| File: | **589 × 210** JPEG 23,774 bytes (23 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.** Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 76% width (58% the area of the original)

This Is Radio Drumpf
Follow

Hey, @paulzkrendler. Why aren't you at work, paying my salary? Get off of your doughy ass and shake a tit. I wanna buy stuff. #wageslave

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,248 bytes (4.1k)

| Artist | Grady, Patrick |
|---|---|
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

**Basic Image Information**

| Target image: | http://i1.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/04/Capture-18.jpg?w=596 |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **April 28, 2016** 2:36:10PM (timezone not specified) (2 months, 8 days, 22 hours, 4 minutes, 33 seconds ago, assuming image timezone of US Pacific) |
| File: | **596 × 341** JPEG 37,352 bytes (36 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.** Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

Main image displayed here at 76% width (57% the area of the original)

Schmalfeldt R Us
Follow

This is What Happens When You Ignore PGPK

billschmalfeldt.net/2016/04/28/thi ...

WHATEVER YOU DO, DO NOT CLICK THE BUTTON UNLESS YOU ARE ABSOLUTELY, IRREVOCABLY, ONE HUNDRED PERCENT CERTAIN THAT YOU ARE MAN ENOUGH TO WITHSTAND THE EMOTIONAL DAMAGE SURE TO FOLLOW FROM THE SIGHT OF HORRID, DISGUSTING, HARDCORE PHOTOSHOPPED IMAGES OF YOUR LATE WIFE AT A BOY SCOUT CAMPOUT!

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:04:28 14:36:10** 2 months, 8 days, 22 hours, 4 minutes, 33 seconds ago |
| Create Date | **2016:04:28 14:36:10** 2 months, 8 days, 22 hours, 4 minutes, 33 seconds ago |
| Sub Sec Time Original | 31 |
| Sub Sec Time Digitized | 31 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

Target image: http://i1.wp.com/thinkingmansezombie.com/wp-content/uploads/2016/04/Capture-17.jpg?w=588

| | |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **April 26, 2016** **1:51:15PM** (timezone not specified)<br>(2 months, 10 days, 22 hours, 50 minutes, 16 seconds ago, assuming image timezone of US Pacific) |
| File: | **588 × 215 JPEG**<br>21,465 bytes (21 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

**Main image displayed here at 77% width (59% the area of the original)**

**Breaking Fat**  @paulzk_bit_Cherer  ☆  ⚐ Follow

How QUEER! @paulzkrendler is a psychopath, necrophile AND homophobe! Knock me over with a feather. #queer

1:51 AM - 26 Apr 2016

Click image to isolate; click this text to show histogram

---

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| | |
|---|---|
| Artist | Grady, Patrick |
| Date/Time Original | **2016:04:26 13:51:15**<br>2 months, 10 days, 22 hours, 50 minutes, 16 seconds ago |
| Create Date | **2016:04:26 13:51:15**<br>2 months, 10 days, 22 hours, 50 minutes, 16 seconds ago |
| Sub Sec Time Original | 56 |
| Sub Sec Time Digitized | 56 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

Target image: http://i2.wp.com/thinkingmansezombie.com/wp-content/uploads/2016/04/iqz8326GPJER529.jpg?w=579

| | |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **April 26, 2016** **12:57:28PM** (timezone not specified)<br>(2 months, 10 days, 23 hours, 45 minutes, 28 seconds ago, assuming image timezone of US Pacific) |
| File: | **579 × 321 JPEG**<br>33,168 bytes (32 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

**Main image displayed here at 78% width (60% the area of the original)**



ACHIEVEMENT AWARD

Teddiee Hadling

January 27, 2016

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

Click image to isolate; click this text to show histogram

---

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| | |
|---|---|
| Artist | Grady, Patrick |
| Date/Time Original | **2016:04:26 12:57:28**<br>2 months, 10 days, 23 hours, 45 minutes, 28 seconds ago |
| Create Date | **2016:04:26 12:57:28**<br>2 months, 10 days, 23 hours, 45 minutes, 28 seconds ago |
| Sub Sec Time Original | 15 |
| Sub Sec Time Digitized | 15 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

Target image: http://i1.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/04/Capture-16.jpg?w=497

| | |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **April 22, 2016** 10:20:47AM (timezone not specified)<br>(2 months, 15 days, 2 hours, 24 minutes, 23 seconds ago, assuming image timezone of US Pacific) |
| File: | **497 × 501 JPEG**<br>29,791 bytes (29 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile:** **Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 91% width (82% the area of the orig

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:04:22 10:20:47**<br>2 months, 15 days, 2 hours, 24 minutes, 23 seconds ago |
| Create Date | **2016:04:22 10:20:47**<br>2 months, 15 days, 2 hours, 24 minutes, 23 seconds ago |
| Sub Sec Time Original | 86 |
| Sub Sec Time Digitized | 86 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

Target image: http://i1.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/04/Capture-14.jpg?w=587

| | |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **April 21, 2016** 3:37:36PM (timezone not specified)<br>(2 months, 15 days, 21 hours, 8 minutes, 59 seconds ago, assuming image timezone of US Pacific) |
| File: | **587 × 642 JPEG**<br>54,540 bytes (53 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile:** **Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 77% width (59% the area of the original)

Schmalfeldt R Us
@Schmalfeldt

Aaron Walker offered me a chance to get out of the lawsuit with my dignity intact. All I have to do is...eat it all!

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:04:21 15:37:36**<br>2 months, 15 days, 21 hours, 8 minutes, 59 seconds ago |
| Create Date | **2016:04:21 15:37:36**<br>2 months, 15 days, 21 hours, 8 minutes, 59 seconds ago |
| Sub Sec Time Original | 95 |
| Sub Sec Time Digitized | 95 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

**Basic Image Information**

Target image: http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/04/Capture-13.jpg?w=586

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **April 20, 2016**  11:01:29AM (timezone not specified)<br>(2 months, 17 days, 1 hour, 45 minutes, 54 seconds ago, assuming image timezone of US Pacific) |
| File: | **586 × 218 JPEG**<br>19,982 bytes (20 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 77% width (59% the area of the original)

Schmalfeldt R Us — Follow

#NowPlaying, Bill Schmalfeldt - Urine Stream Calibration Device on WMS-DB
billschmalfeldt.net

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:04:20 11:01:29**<br>2 months, 17 days, 1 hour, 45 minutes, 54 seconds ago |
| Create Date | **2016:04:20 11:01:29**<br>2 months, 17 days, 1 hour, 45 minutes, 54 seconds ago |
| Sub Sec Time Original | 65 |
| Sub Sec Time Digitized | 65 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

**Basic Image Information**

Target image: http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/04/Capture-3.jpg?w=576

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **April 7, 2016**  3:25:11PM (timezone not specified)<br>(2 months, 29 days, 21 hours, 30 minutes, 46 seconds ago, assuming image timezone of US Pacific) |
| File: | **576 × 209 JPEG**<br>24,997 bytes (24 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

Main image displayed here at 78% width (61% the area of the original)

PD Persecution — Follow

I would happily give Lee @stranahan the opportunity to retract that statement, if such a statement was made. By 6pm CDT. Tonight.

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:04:07 15:25:11**<br>2 months, 29 days, 21 hours, 30 minutes, 46 seconds ago |
| Create Date | **2016:04:07 15:25:11**<br>2 months, 29 days, 21 hours, 30 minutes, 46 seconds ago |
| Sub Sec Time Original | 83 |
| Sub Sec Time Digitized | 83 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |



From Web / From File    Image URL: http://i2.wp.com/thinkingmanszombie.com/wp-    View Image At Url

## Basic Image Information

Target image: http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/04/Capture-1.jpg?w=623

| | |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **April 1, 2016** 9:46:25AM (timezone not specified)<br>(3 months, 6 days, 3 hours, 12 minutes, 47 seconds ago, assuming image timezone of US Pacific) |
| File: | **623 x 121 JPEG**<br>19,474 bytes (19 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile:**<br>**Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

**Main image displayed here at 72% width (52% the area of the orig**

Bill Schmalfeldt's Browsing History Across 1 Project(s)

| Project Name / URL | Recent ⊛ | Last Visit |
|---|---|---|
| TMZ<br>thinkingmanszombie.com | 24 [Static 39 Views]<br>0 [Floating 39 Views] | 11:31:26 PM<br>March 31, 2016 |

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| | |
|---|---|
| Artist | Grady, Patrick |
| Date/Time Original | **2016:04:01 09:46:25**<br>3 months, 6 days, 3 hours, 12 minutes, 47 seconds ago |
| Create Date | **2016:04:01 09:46:25**<br>3 months, 6 days, 3 hours, 12 minutes, 47 seconds ago |
| Sub Sec Time Original | 09 |
| Sub Sec Time Digitized | 09 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

[CLEA

From Web / From File    Image URL: http://i2.wp.com/thinkingmanszombie.com/wp-    View Image At Url

## Basic Image Information

Target image: http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-21.jpg?w=822

| | |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **March 31, 2016** 5:20:46PM (timezone not specified)<br>(3 months, 6 days, 19 hours, 40 minutes, 55 seconds ago, assuming image timezone of US Pacific) |
| File: | **822 x 193 JPEG**<br>23,732 bytes (23 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile:**<br>**Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

**Main image displayed here at 55% width (30% the area of the original)**

JURISDICTION AND VENUE

18. Plaintiff asserts the same argument for jurisdiction and venue as filed in his original complaint.

FIRST CAUSE OF ACTION

Case 2:15-cv-03518-NJ  Filed 02/04/16  Page 3 of 12  Document 6
Third Amended Complaint, Gary Dennis - 3

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| | |
|---|---|
| Artist | Grady, Patrick |
| Date/Time Original | **2016:03:31 17:20:46**<br>3 months, 6 days, 19 hours, 40 minutes, 55 seconds ago |
| Create Date | **2016:03:31 17:20:46**<br>3 months, 6 days, 19 hours, 40 minutes, 55 seconds ago |
| Sub Sec Time Original | 30 |
| Sub Sec Time Digitized | 30 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

From Web / From File   Image URL: http://i0.wp.com/thinkingmanszombie.com/wp-cc    View Image At Url

## Basic Image Information

Target image: http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-22.jpg?w=820

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 31, 2016** 5:31:46PM (timezone not specified)<br>(3 months, 6 days, 19 hours, 30 minutes, 26 seconds ago, assuming image timezone of US Pacific) |
| File: | **820 × 148 JPEG**<br>28,371 bytes (28 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

Main image displayed here at 55% width (30% the area of the or

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:31 17:31:46**<br>3 months, 6 days, 19 hours, 30 minutes, 26 seconds ago |
| Create Date | **2016:03:31 17:31:46**<br>3 months, 6 days, 19 hours, 30 minutes, 26 seconds ago |
| Sub Sec Time Original | 70 |
| Sub Sec Time Digitized | 70 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

Target image: http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-20.jpg?w=606

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 31, 2016** 3:33:36PM (timezone not specified)<br>(3 months, 6 days, 21 hours, 29 minutes, 11 seconds ago, assuming image timezone of US Pacific) |
| File: | **606 × 192 JPEG**<br>18,893 bytes (18 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

Main image displayed here at 74% width (55% the area of the original)

This Is Radio Drumpf    Follow

How long do you think it will take to backtrace that photo to its source, @paulzkrendler?

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:31 15:33:36**<br>3 months, 6 days, 21 hours, 29 minutes, 11 seconds ago |
| Create Date | **2016:03:31 15:33:36**<br>3 months, 6 days, 21 hours, 29 minutes, 11 seconds ago |
| Sub Sec Time Original | 59 |
| Sub Sec Time Digitized | 59 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

Target image: http://i1.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-19.jpg?w=591

| Artist: | Grady, Patrick |
|---|---|
| Date: | **March 31, 2016** 1:42:21PM (timezone not specified)<br>(3 months, 6 days, 23 hours, 21 minutes, 28 seconds ago, assuming image timezone of US Pacific) |
| File: | **591 × 143** JPEG<br>17,660 bytes (17 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

⊙ ⌕ ⌕ ⊟ Main image displayed here at 76% width (58% the area of the original)

Cheddar Injection @fullcrewwhat Feb 5
And @paulzkrendler knows there is only one way to prove me wrong,
STRAP IT ON and STEP INTO THE RING. Necrophiel Otherwise .
suck farts!

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:31 13:42:21**<br>3 months, 6 days, 23 hours, 21 minutes, 28 seconds ago |
| Create Date | **2016:03:31 13:42:21**<br>3 months, 6 days, 23 hours, 21 minutes, 28 seconds ago |
| Sub Sec Time Original | 29 |
| Sub Sec Time Digitized | 29 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

Target image: http://i1.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture2-3.jpg?w=594

| Artist: | Grady, Patrick |
|---|---|
| Date: | **March 31, 2016** 1:42:56PM (timezone not specified)<br>(3 months, 6 days, 23 hours, 21 minutes, 29 seconds ago, assuming image timezone of US Pacific) |
| File: | **594 × 120** JPEG<br>17,152 bytes (17 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

⊙ ⌕ ⌕ ⊟ Main image displayed here at 76% width (57% the area of the original)

Cheddar Injection @fullcrewwhat Feb 5
But do let me know the next time you feel like showing everyone how
little you know about anything. @paulzkrendler, necrophile

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:31 13:42:56**<br>3 months, 6 days, 23 hours, 21 minutes, 29 seconds ago |
| Create Date | **2016:03:31 13:42:56**<br>3 months, 6 days, 23 hours, 21 minutes, 29 seconds ago |
| Sub Sec Time Original | 77 |
| Sub Sec Time Digitized | 77 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

[CLEA



**Basic Image Information**

| Target image: | http://i1.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture3-1.jpg?w=596 | |
|---|---|---|
| Artist: | **Grady, Patrick** | |
| Date: | **March 31, 2016**  1:44:16PM (timezone not specified)<br>(3 months, 6 days, 23 hours, 40 seconds ago, assuming image timezone of US Pacific) | |
| File: | **596 × 117 JPEG**<br>17,820 bytes (17 kilobytes) | |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. | |

Apply other tools to this image via ImgOps.com

Main image displayed here at 76% width (57% the area of the original)

> Cheddar Injection [redacted]  Feb 17
> I guess we'll find out how much Sarah and Eric want to pay for YOUR right to stay anonymous, you shifty sack of [redacted]ophiliac [redacted].

Click image to isolate; click this text to show histogram.

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:31 13:44:16**<br>3 months, 6 days, 23 hours, 20 minutes, 40 seconds ago |
| Create Date | **2016:03:31 13:44:16**<br>3 months, 6 days, 23 hours, 20 minutes, 40 seconds ago |
| Sub Sec Time Original | 63 |
| Sub Sec Time Digitized | 63 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

**Basic Image Information**

| Target image: | http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture2-2.jpg?w=592 | |
|---|---|---|
| Artist: | **Grady, Patrick** | |
| Date: | **March 29, 2016**  10:28:18AM (timezone not specified)<br>(3 months, 9 days, 2 hours, 39 minutes, 25 seconds ago, assuming image timezone of US Pacific) | |
| File: | **592 × 243 JPEG**<br>26,596 bytes (26 kilobytes) | |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. | |

Apply other tools to this image via ImgOps.com

Main image displayed here at 76% width (58% the area of the original)

**This is Radio Drumpf**  [redacted]Drumpf  ➤ Follow

Here's the thing. Sarah Palmer says @paulzkrendler is Patrick Grady. Jane the Hate Hag says Paul is Patrick. Were they lying then, or now?

4:22 AM - 29 Mar 2016

Click image to isolate; click this text to show histogram.

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:29 10:28:18**<br>3 months, 9 days, 2 hours, 39 minutes, 25 seconds ago |
| Create Date | **2016:03:29 10:28:18**<br>3 months, 9 days, 2 hours, 39 minutes, 25 seconds ago |
| Sub Sec Time Original | 56 |
| Sub Sec Time Digitized | 56 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

**Basic Image Information**

Target image: http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-16.jpg?w=585

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 29, 2016** 10:27:35AM (timezone not specified)<br>(3 months, 9 days, 2 hours, 40 minutes, 34 seconds ago, assuming image timezone of US Pacific) |
| File: | **585 × 213** JPEG<br>22,357 bytes (22 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile:**<br>**Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 77% width (59% the area of the original)

This Is Radio Drumpf    ⚐ Follow

Silly people think the fact they received unenforceable RTO's mean that DA won't file charges against Grady. How sweetly stupid.

Click image to isolate; click this text to show histogram

---

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:29** 10:27:35<br>3 months, 9 days, 2 hours, 40 minutes, 34 seconds ago |
| Create Date | **2016:03:29** 10:27:35<br>3 months, 9 days, 2 hours, 40 minutes, 34 seconds ago |
| Sub Sec Time Original | 56 |
| Sub Sec Time Digitized | 56 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

This Is Radio Drumpf    ⚐ Follow

But thank you for mentioning the RO's. That came up in the conversation with LE. I believe the word used was "conspiracy." That's a crime.

Click image to isolate; click this text to show histogram

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 29, 2016** 10:28:47AM (timezone not specified)<br>(3 months, 9 days, 2 hours, 39 minutes, 55 seconds ago, assuming image timezone of US Pacific) |
| File: | **581 × 238** JPEG<br>22,631 bytes (22 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile:**<br>**Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

---

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:29** 10:28:47<br>3 months, 9 days, 2 hours, 39 minutes, 55 seconds ago |
| Create Date | **2016:03:29** 10:28:47<br>3 months, 9 days, 2 hours, 39 minutes, 55 seconds ago |
| Sub Sec Time Original | 54 |
| Sub Sec Time Digitized | 54 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |



## Basic Image Information

| | |
|---|---|
| Target image: | http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-9.jpg?w=409 |

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 23, 2016**  11:52:03AM (timezone not specified)<br>(3 months, 15 days, 1 hour, 18 minutes, 2 seconds ago, assuming image timezone of US Pacific) |
| File: | 409 × 402 JPEG<br>29,873 bytes (29 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 100%

Click image to isolate; click this text to show histogram

### Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:23 11:52:03**<br>3 months, 15 days, 1 hour, 18 minutes, 2 seconds ago |
| Create Date | **2016:03:23 11:52:03**<br>3 months, 15 days, 1 hour, 18 minutes, 2 seconds ago |
| Sub Sec Time Original | 30 |
| Sub Sec Time Digitized | 30 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

| | |
|---|---|
| Target image: | http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-15.jpg?w=592 |

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 28, 2016**  1:15:36PM (timezone not specified)<br>(3 months, 9 days, 23 hours, 55 minutes, 7 seconds ago, assuming image timezone of US Pacific) |
| File: | 592 × 500 JPEG<br>44,476 bytes (43 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 76% width (58% the area of the origi

Click image to isolate; click this text to show histogram

### Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:28 13:15:36**<br>3 months, 9 days, 23 hours, 55 minutes, 7 seconds ago |
| Create Date | **2016:03:28 13:15:36**<br>3 months, 9 days, 23 hours, 55 minutes, 7 seconds ago |
| Sub Sec Time Original | 11 |
| Sub Sec Time Digitized | 11 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

Target image: http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-14.jpg?w=584

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 25, 2016** 4:48:35PM (timezone not specified)<br>(3 months, 12 days, 20 hours, 25 minutes, 26 seconds ago, assuming image timezone of US Pacific) |
| File: | **584 × 339 JPEG**<br>26,843 bytes (26 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 77% width (59% the area of the

This Is Radio Drumpf — Follow
@RadioDrumpf

Don't Let ME Stop You, Psycho....

**Good Morning, DUMBFUCK!**

Paul Browndon

It's about time for a REBRANDING, isn't it?

2:06 PM – 25 Mar 2016

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:25 16:48:35**<br>3 months, 12 days, 20 hours, 25 minutes, 26 seconds ago |
| Create Date | **2016:03:25 16:48:35**<br>3 months, 12 days, 20 hours, 25 minutes, 26 seconds ago |
| Sub Sec Time Original | 08 |
| Sub Sec Time Digitized | 08 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

Target image: http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/snip1.jpg?w=882

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 24, 2016** 11:51:13AM (timezone not specified)<br>(3 months, 14 days, 1 hour, 25 minutes, 4 seconds ago, assuming image timezone of US Pacific) |
| File: | **882 × 94 JPEG**<br>23,846 bytes (23 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

Main image displayed here at 51% width (26% the area of the original)

(Anybody else find it comical that right wing poo heads use communist servers to hide behind?)

I say, as long as everyone enjoyed themselves, I'm fine with it.

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:24 11:51:13**<br>3 months, 14 days, 1 hour, 25 minutes, 4 seconds ago |
| Create Date | **2016:03:24 11:51:13**<br>3 months, 14 days, 1 hour, 25 minutes, 4 seconds ago |
| Sub Sec Time Original | 53 |
| Sub Sec Time Digitized | 53 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

[CLE

| From Web<br>From File | Image URL: http://i0.wp.com/thinkingmanszombie.com/wp-co | View Image At Url |
|---|---|---|

## Basic Image Information

Target image: http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/snip4.jpg?w=884

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 24, 2016** 11:52:31AM (timezone not specified)<br>(3 months, 14 days, 1 hour, 24 minutes, 18 seconds ago, assuming image timezone of US Pacific) |
| File: | **884 × 133 JPEG**<br>20,050 bytes (20 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

**Main image displayed here at 51% width (26% the area of the original)**

But the United States Government might not be.

Some numbskull seems to have spoofed the IP of an undersecretary of State for Political Affairs in order to take part in the fun.

Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:24 11:52:31**<br>3 months, 14 days, 1 hour, 24 minutes, 18 seconds ago |
| Create Date | **2016:03:24 11:52:31**<br>3 months, 14 days, 1 hour, 24 minutes, 18 seconds ago |
| Sub Sec Time Original | 87 |
| Sub Sec Time Digitized | 87 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

Target image: http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/snip5.jpg?w=880

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 24, 2016** 11:53:16AM (timezone not specified)<br>(3 months, 14 days, 1 hour, 24 minutes, 6 seconds ago, assuming image timezone of US Pacific) |
| File: | **880 × 101 JPEG**<br>18,854 bytes (18 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

**Main image displayed here at 51% width (26% the area of the original)**

I sent an e-mail to Wendy Sherman at the State Department indicating that either she must have been hella bored at work today, or someone is using her IP address.

Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:24 11:53:16**<br>3 months, 14 days, 1 hour, 24 minutes, 6 seconds ago |
| Create Date | **2016:03:24 11:53:16**<br>3 months, 14 days, 1 hour, 24 minutes, 6 seconds ago |
| Sub Sec Time Original | 37 |
| Sub Sec Time Digitized | 37 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

Target image: http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/snip6.jpg?w=880

| Artist: | Grady, Patrick |
| --- | --- |
| Date: | **March 24, 2016** 11:53:57AM (timezone not specified)<br>(3 months, 14 days, 1 hour, 24 minutes, 7 seconds ago, assuming image timezone of US Pacific) |
| File: | **880 × 426** JPEG<br>45,317 bytes (44 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



**Main image displayed here at 51% width (26% the area of the original)**

So, if it wasn't Ms. Sherman, the IT experts at the State Department will likely want to know who is using a Federal Government IP address.

So, I hope they find you. Stay in touch, Nimrod!

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
| --- | --- |
| Date/Time Original | **2016:03:24 11:53:57**<br>3 months, 14 days, 1 hour, 24 minutes, 7 seconds ago |
| Create Date | **2016:03:24 11:53:57**<br>3 months, 14 days, 1 hour, 24 minutes, 7 seconds ago |
| Sub Sec Time Original | 67 |
| Sub Sec Time Digitized | 67 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

Target image: http://i1.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-11.jpg?w=597

| Artist: | Grady, Patrick |
| --- | --- |
| Date: | **March 23, 2016** 4:16:50PM (timezone not specified)<br>(3 months, 14 days, 21 hours, 3 minutes, 14 seconds ago, assuming image timezone of US Pacific) |
| File: | **597 × 179** JPEG<br>18,016 bytes (18 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

**Main image displayed here at 75% width (57% the area of the original)**

This Is Radio Drumpf    Follow

I cannot tell you how pleased I am to have such dimwits as adversaries. #lawsuit

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
| --- | --- |
| Date/Time Original | **2016:03:23 16:16:50**<br>3 months, 14 days, 21 hours, 3 minutes, 14 seconds ago |
| Create Date | **2016:03:23 16:16:50**<br>3 months, 14 days, 21 hours, 3 minutes, 14 seconds ago |
| Sub Sec Time Original | 43 |
| Sub Sec Time Digitized | 43 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

**Basic Image Information**

| Target image: | http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-10.jpg?w=561 |

| | |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **March 23, 2016** 3:14:18PM (timezone not specified)<br>(3 months, 14 days, 22 hours, 7 minutes, 38 seconds ago, assuming image timezone of US Pacific) |
| File: | **561 × 87** JPEG<br>13,736 bytes (13 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile:**<br>**Windows and Mac web browsers treat colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |
| Apply other tools to this image via ImgOps.com | |

☑ 🔎 🔎 🖼 **Main image displayed here at 80% width (64% the area of the original)**

| Docket Date: | **03/23/2016**  Docket Number: **104** |
|---|---|
| Docket Description: | **LETTER, REQUESTING BLANK ORDER** |
| Docket Type: | Docket  Filed By: **Court** |
| Docket Text: | **LETTER MAILED TO ATTORNEY REQUESTING A BLANK ORDER FOR MOTION FOR SANCTIONS, FILED. (D.E. #182)** |

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:23 15:14:18**<br>3 months, 14 days, 22 hours, 7 minutes, 38 seconds ago |
| Create Date | **2016:03:23 15:14:18**<br>3 months, 14 days, 22 hours, 7 minutes, 38 seconds ago |
| Sub Sec Time Original | 48 |
| Sub Sec Time Digitized | 48 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

| Target image: | http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture2-1.jpg?w=518 |

| | |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **March 23, 2016**  3:15:27PM (timezone not specified)<br>(3 months, 14 days, 22 hours, 7 minutes, 3 seconds ago, assuming image timezone of US Pacific) |
| File: | **518 × 511** JPEG<br>43,193 bytes (42 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile:**<br>**Windows and Mac web browsers treat colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |
| Apply other tools to this image via ImgOps.com | |

☑ 🔎 🔎 🖼 **Main image displayed here at 87% width (75% the area of the ori**



Bart Hubbuch @barthubbuch · 6h
Good lord, look at this recent Daily Mail pic of David Letterman.

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:23 15:15:27**<br>3 months, 14 days, 22 hours, 7 minutes, 3 seconds ago |
| Create Date | **2016:03:23 15:15:27**<br>3 months, 14 days, 22 hours, 7 minutes, 3 seconds ago |
| Sub Sec Time Original | 64 |
| Sub Sec Time Digitized | 64 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

**Basic Image Information**

Target image: http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-9.jpg?w=409

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 23, 2016** 11:52:03AM (timezone not specified)<br>(3 months, 15 days, 1 hour, 31 minutes, 49 seconds ago, assuming image timezone of US Pacific) |
| File: | **409 × 402** JPEG<br>29,873 bytes (29 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 100%

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:23** 11:52:03<br>3 months, 15 days, 1 hour, 31 minutes, 49 seconds ago |
| Create Date | **2016:03:23** 11:52:03<br>3 months, 15 days, 1 hour, 31 minutes, 49 seconds ago |
| Sub Sec Time Original | 30 |
| Sub Sec Time Digitized | 30 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

**Basic Image Information**

Target image: http://i1.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-8.jpg?w=586

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 22, 2016** 4:19:45PM (timezone not specified)<br>(3 months, 15 days, 21 hours, 4 minutes, 42 seconds ago, assuming image timezone of US Pacific) |
| File: | **586 × 207** JPEG<br>27,514 bytes (27 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

Main image displayed here at 77% width (59% the area of the original)

This Is Radio Drumpf

Do the retards understand that I am required to fill my briefs unless I want to yield the motion to Walker? No, they do not.

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:22** 16:19:45<br>3 months, 15 days, 21 hours, 4 minutes, 42 seconds ago |
| Create Date | **2016:03:22** 16:19:45<br>3 months, 15 days, 21 hours, 4 minutes, 42 seconds ago |
| Sub Sec Time Original | 03 |
| Sub Sec Time Digitized | 03 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

**Target image:** http://i1.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-7.jpg?w=596

| Artist | **Grady, Patrick** |
|---|---|
| Date | **March 22, 2016** 1:39:07PM (timezone not specified)<br>(3 months, 15 days, 23 hours, 46 minutes, 3 seconds ago, assuming image timezone of US Pacific) |
| File | **596 × 185 JPEG**<br>22,712 bytes (22 kilobytes) |
| Color Encoding | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



☐ ⊘ ⊘ ⊞ **Main image displayed here at 76% width (57% the area of the original)**

**This Is Radio Drumpf** ○ ⚲ Follow
@RadioDrumpf

Surely Mr. Hoge understands that truth is, I'm an absolute DUMBFUCK

4:31 AM - 22 Mar 2016

Click image to isolate; click this text to show histogram

---

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:22** 13:39:07<br>3 months, 15 days, 23 hours, 46 minutes, 3 seconds ago |
| Create Date | **2016:03:22** 13:39:07<br>3 months, 15 days, 23 hours, 46 minutes, 3 seconds ago |
| Sub Sec Time Original | 57 |
| Sub Sec Time Digitized | 57 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

---

4.jpg?w=437

| Artist | **Grady, Patrick** |
|---|---|
| Date | **March 18, 2016** 4:01:11PM (timezone not specified)<br>(3 months, 19 days, 21 hours, 28 minutes, 54 seconds ago, assuming image timezone of US Pacific) |
| File | **437 × 588 JPEG**<br>41,517 bytes (41 kilobytes) |
| Color Encoding | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



**Main image displayed here at 100%**

**This Is Radio Drumpf** ⚲ Follow
@RadioDrumpf

Aaron Walker's "paralegal," @wjjhoge, makes funny joke about my underwear. They are grownups, these guys.

**FreeStacy** ○ ⚲ Follow

Does anyone doubt the veracity of Schmalfeldt's underwear? @wjjhoge @AaronWorthing @ali @VigilansVindex @BomberSues

**WJJ Hoge**
Team Kimberlin Post of the Day @AaronWorthing #FreeStacy Bait @VigilansVindex @BomberSues hogewash.com/2016/03/16/tea...

**WJJ Hoge**
@Not_PBMcCain @AaronWorthing Bait @VigilansVindex @BomberSues Depends.

Click image to isolate; click this text to show histogram

---

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:18** 16:01:11<br>3 months, 19 days, 21 hours, 28 minutes, 54 seconds ago |
| Create Date | **2016:03:18** 16:01:11<br>3 months, 19 days, 21 hours, 28 minutes, 54 seconds ago |
| Sub Sec Time Original | 75 |
| Sub Sec Time Digitized | 75 |

**Basic Image Information**

| Target image: | http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-3.jpg?w=990 |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **March 16, 2016   10:57:54AM** (timezone not specified)<br>(3 months, 22 days, 2 hours, 35 minutes, 32 seconds ago, assuming image timezone of US Pacific) |
| File: | **990 × 596** JPEG<br>73,121 bytes (71 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

Main image displayed here at 45% width (21% the area of the original)

Click image to isolate, click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:16** 10:57:54<br>3 months, 22 days, 2 hours, 35 minutes, 32 seconds ago |
| Create Date | **2016:03:16** 10:57:54<br>3 months, 22 days, 2 hours, 35 minutes, 32 seconds ago |
| Sub Sec Time Original | 56 |
| Sub Sec Time Digitized | 56 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

**Basic Image Information**

| Target image: | http://i0.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture2.jpg?w=746 |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **March 16, 2016**   10:59:04AM (timezone not specified)<br>(3 months, 22 days, 2 hours, 34 minutes, 55 seconds ago, assuming image timezone of US Pacific) |
| File: | **746 × 792** JPEG<br>82,451 bytes (81 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com

Main image displayed here at 60% width (36% the area of the original)

Case 2:15-cv-01516-NJ  Filed 03/14/16  Page 7 of 9  Document 21

Click image to isolate, click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:16** 10:59:04<br>3 months, 22 days, 2 hours, 34 minutes, 55 seconds ago |
| Create Date | **2016:03:16** 10:59:04<br>3 months, 22 days, 2 hours, 34 minutes, 55 seconds ago |
| Sub Sec Time Original | 88 |
| Sub Sec Time Digitized | 88 |
| Padding | (2,060 bytes binary data) |

## Basic Image Information

Target image: http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture-2.jpg?w=637

| | |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **March 16, 2016** 10:51:03AM (timezone not specified)<br>(3 months, 22 days, 2 hours, 43 minutes, 32 seconds ago, assuming image timezone of US Pacific) |
| File: | **637 × 513 JPEG**<br>40,536 bytes (40 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| | |
|---|---|
| Artist | Grady, Patrick |
| Date/Time Original | **2016:03:16 10:51:03**<br>3 months, 22 days, 2 hours, 43 minutes, 32 seconds ago |
| Create Date | **2016:03:16 10:51:03**<br>3 months, 22 days, 2 hours, 43 minutes, 32 seconds ago |
| Sub Sec Time Original | 46 |
| Sub Sec Time Digitized | 46 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

## Basic Image Information

Target image: http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/Capture.jpg?w=590

| | |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **March 15, 2016** 11:36:02AM (timezone not specified)<br>(3 months, 23 days, 2 hours, 43 seconds ago, assuming image timezone of US Pacific) |
| File: | **590 × 311 JPEG**<br>24,892 bytes (24 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| | |
|---|---|
| Artist | Grady, Patrick |
| Date/Time Original | **2016:03:15 11:36:02**<br>3 months, 23 days, 2 hours, 43 seconds ago |
| Create Date | **2016:03:15 11:36:02**<br>3 months, 23 days, 2 hours, 43 seconds ago |
| Sub Sec Time Original | 75 |
| Sub Sec Time Digitized | 75 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

**Target image:** http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03/capture42.jpg?w=595

| Artist | **Grady, Patrick** |
|---|---|
| File: | 595 × 858 JPEG<br>34,183 bytes (33 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Main image displayed here at 76% width (57% the area of the original)

Click image to isolate; click this text to show histogram

---

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,248 bytes (4.1k)

| Artist | Grady, Patrick |
|---|---|
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

| Artist: | **Grady, Patrick** |
|---|---|
| Date: | **March 1, 2016** 11:23:51 AM (timezone not specified)<br>(4 months, 6 days, 3 hours, 17 minutes, 15 seconds ago, assuming image timezone of US Pacific) |
| File: | **780 × 888 JPEG**<br>35,054 bytes (34 kilobytes) |
| Color Encoding: | **No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



Click image to isolate; click this text to show histogram

---

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:01** 11:23:51<br>4 months, 6 days, 3 hours, 17 minutes, 15 seconds ago |
| Create Date | **2016:03:01** 11:23:51<br>4 months, 6 days, 3 hours, 17 minutes, 15 seconds ago |
| Sub Sec Time Original | 40 |
| Sub Sec Time Digitized | 40 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |

| Target image: | http://i2.wp.com/thinkingmanszombie.com/wp-content/uploads/2016/03 /capture.jpg?w=581 |
|---|---|
| Artist: | **Grady, Patrick** |
| Date: | **March 1, 2016** 9:18:09AM (timezone not specified) (4 months, 6 days, 5 hours, 23 minutes, 28 seconds ago, assuming image timezone of US Pacific) |
| File: | **581 × 237 JPEG** 26,487 bytes (26 kilobytes) |
| Color Encoding: | **WARNING: No color-space metadata and no embedded color profile: Windows and Mac web browsers treat colors randomly.** Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Apply other tools to this image via ImgOps.com



⊘ ⊘ ⊘ 🔲 **Main image displayed here at 77% width (60% the area of the ori**

**Cheddar Injection** 🔊 Follow
@whatchewsaindhd

And I am not making predictions here, but aren't the Hoge/Krendler Klowns gonna have a TON of shit to eat if Sarah and Eric DO default???

8:11 PM - 29 Feb 2016

Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 4,336 bytes (4.2k)

| Artist | Grady, Patrick |
|---|---|
| Date/Time Original | **2016:03:01 09:18:09** 4 months, 6 days, 5 hours, 23 minutes, 28 seconds ago |
| Create Date | **2016:03:01 09:18:09** 4 months, 6 days, 5 hours, 23 minutes, 28 seconds ago |
| Sub Sec Time Original | 76 |
| Sub Sec Time Digitized | 76 |
| Padding | (2,060 bytes binary data) |
| Padding | (2,060 bytes binary data) |
| XP Author | Grady, Patrick |



Camera    Copyright    Location    EXIF    XMP    Maker Notes    ICC

## Camera

Camera info not found.

## Author and Copyright

Copyright not found.

## Location

GPS coordinates not found.

## EXIF

| Artist | Grady, Patrick |
|---|---|
| **DateTimeOriginal** | 2016:02:25 15:45:09 |
| **CreateDate** | 2016:02:25 15:45:09 |
| **SubSecTimeOriginal** | 41 |
| **SubSecTimeDigitized** | 41 |
| **Padding** | (Binary data 2060 bytes) |
| **XPAuthor** | Grady, Patrick |

## XMP

XMP data not found.



Camera    Copyright    Location    EXIF    XMP    Maker Notes    ICC

## Camera

Camera info not found.

## Author and Copyright

Copyright not found.

## Location

GPS coordinates not found.

## EXIF

| | |
|---|---|
| Artist | Grady, Patrick |
| DateTimeOriginal | 2016:02:18 10:14:05 |
| CreateDate | 2016:02:18 10:14:05 |
| SubSecTimeOriginal | 84 |
| SubSecTimeDigitized | 84 |
| Padding | (Binary data 2060 bytes) |
| XPAuthor | Grady, Patrick |

## XMP

XMP data not found.

Camera    Copyright    Location    EXIF    XMP    Maker Notes    ICC

## Camera

Camera info not found.

## Author and Copyright

Copyright not found.

## Location

GPS coordinates n

## EXIF

| | |
|---|---|
| Artist | Grady, Patrick |
| DateTimeOriginal | 2016:02:19 13:02:39 |
| CreateDate | 2016:02:19 13:02:39 |
| SubSecTimeOriginal | 66 |
| SubSecTimeDigitized | 66 |
| Padding | (Binary data 2060 bytes) |
| XPAuthor | Grady, Patrick |

## XMP

XMP data not found.



**Cheddar Injection**

Sarah doesn't like it when I say nasty things. No problem with people saying them about me, though #Hypocrite

Camera    Copyright    Location    EXIF    XMP    Maker Notes    ICC

## Camera

Camera info not found.

## Author and Copyright

Copyright not found.

## Location

GPS coordinates not fou

## EXIF

| Artist | Grady, Patrick |
| DateTimeOriginal | 2016:02:19 15:56:34 |
| CreateDate | 2016:02:19 15:56:34 |
| SubSecTimeOriginal | 54 |
| SubSecTimeDigitized | 54 |
| Padding | (Binary data 2060 bytes) |
| XPAuthor | Grady, Patrick |

## XMP

XMP data not found.

or enter the picture URL

Insert picture URL                                 GO!

Camera    Copyright    Location    EXIF    XMP    Maker Notes    ICC

## Camera

Camera info not found.

## Author and Copyright

Copyright not found.

## Location

GPS coordinates not found.

## EXIF

| Artist | Grady, Patrick |
| DateTimeOriginal | 2016:02:29 15:41:46 |
| CreateDate | 2016:02:29 15:41:46 |
| SubSecTimeOriginal | 50 |
| SubSecTimeDigitized | 50 |
| Padding | (Binary data 2060 bytes) |
| XPAuthor | Grady, Patrick |

## XMP

XMP data not found.



Camera    Copyright    Location    EXIF    XMP    Maker Notes    ICC

## Camera

Camera info not found.

## Author and Copyright

Copyright not found.

## Location

GPS coordinates not found.

## EXIF

| | |
|---|---|
| Artist | Grady, Patrick |
| DateTimeOriginal | 2016:02:29 15:41:22 |
| CreateDate | 2016:02:29 15:41:22 |
| SubSecTimeOriginal | 46 |
| SubSecTimeDigitized | 46 |
| Padding | (Binary data 2060 bytes) |
| XPAuthor | Grady, Patrick |

## XMP

XMP data not found.

**THIS DOORWAY IS NOT WIDE ENOUGH FOR YOUR FAT ASS**

**—**

**GET OUT**

Camera    Copyright    Location    EXIF    XMP    Maker Notes    ICC

## Camera

Camera info not found.

## Author and Copyright

| | |
|---|---|
| Creator | Grady, Pat |

## Loca

GPS coor

## EXIF

| | |
|---|---|
| Artist | Grady, Pat |
| DateTimeOriginal | 2016:05:04 14:59:26 |
| CreateDate | 2016:05:04 14:59:26 |
| SubSecTimeOriginal | 18 |
| SubSecTimeDigitized | 18 |
| Padding | (Binary data 2060 bytes) |
| XPAuthor | Grady, Pat |

## XMP

| | |
|---|---|
| About | uuid:faf5bdd5-ba3 |
| CreateDate | 2016:05:04 14:59:2 |
| Creator | Grady, Pat |

EXHIBIT B — Two days before Plaintiff signed his new apartment lease, Defendant Grady already had a Google Maps photo of the complex posted online,

# Good Afternoon, DUMBFUCK!

**Posted:** August 26, 2015 | **Author:** Paul Krendler | **Filed under:** Adjudicated Cyberharasser, Adjudicated Cyberstalker, Butthurt, Consequences, DERP, DUMBFUCK, F5F5F5F5, Feldtdown, FUN, Impulse Control, Life Skills, Mockery, Monkey Dance, Reputation Management, Self Awareness FAIL, The Cray | 13 Comments

> On a side note, I can't help but chuckle at how HARD my newly irrelevant detractor is trolling for a response.

I KNOW, RIGHT?

Li'l ole irrelevant me could never, ever get a response from it. It's been doing such a superlative job of ignoring this site (wink, wink) and staying below the radar where I can't see it (nudge, nudge). It's got this newfound self-control now, and it never goes silently trolling where it's not wanted...otherwise how would it know, and why would it care who was trolling it soooo veeeery HARD?

Wait. What?

That's a response?

Oh.

I guess it is, isn't it?

It has called me irrelevant before, and it will call me irrelevant again. Makes no nevermind to me. Because all it's told me so far today is a) it is visiting every day and b) where it is going to live.



Rule #4.

Because DUMBFUCK.

UPDATE – **Irrelevant?**

Let's review:

I trolling sooooo veeeerrrry haaaaard. As promised. Two weeks.

It visits every day from the Crappy WiFi Arms. Every. Day. If it really wants me to go away…Two weeks.

I made a promise, and I will keep it, but not before it holds up its end of the deal. But I know I'll never have to, because…Two weeks…is impossible.

And the clock just reset again. Two weeks.

It will stop. I promise. The only requirement is that it goes away and stops doing this:



EXHIBIT C – From Defendant Palmer's blog, in which she admits to stalking me and promises to continue to do so.

https://billysez.wordpress.com/2015/11/27/new-facet-of-the-schmycle-identified/

## New Facet of the Schmycle Identified!

Posted on November 27, 2015 by The Dread Pirate Zombie

This is the season of giving. And in that spirit, never let it be said that Bill Schmalfeldt isn't a giver.

I'm being totally serious here, people. Stop laughing NealNBob!

I know that this is merely a facet of Billy being "Above it All Bill," but I am very excited to present to you all MORALLY SUPERIOR/MORAL HIGH GROUND BILL!

I know, right? Holy crap!

Who died and put me in charge? Bwahahahahahaaaa! God, I love it. I love it so much.

You know, I could be mean and cruel, but I won't. Especially since I've been doing *this* longer than *that* and all.

*And I am incapable of hate. I hate no one.*

Gee. Based on your behavior, a rational person would think otherwise Bill.

*You know nothing about me. You don't know about the wonderful, caring, loving relationship I had with Gail.*

Bill, that's the *problem*. We know EVERYTHING ABOUT YOU. Why? Because YOU SCREAM IT OUT EVERY DAMN DAY! And as for the wonderful, caring and loving relationship you had, well, if that relationship included your public declaration that you needed a new coffee pot while she lay dying, then I don't know what could be truly loving about it.

*You don't know what it felt like to sit there and watch her die when there was nothing I or medical science could do about it.*

I've sat and watched a loved one die, so I do know what it is like. You don't get extra special brownie points for that in this life because many people have done so. It's kind of part and parcel of the human condition unfortunately.

*I appreciate your moderating Hinckley's comment on the day she died. But do you know right before she died I got an email from Howard Earl asking if I would ask Gail to hold out one more day because he had the 18th in the pool?*

You don't know that it was Howard Earl. I've seen the comment (it wasn't an email you dumb bastard) that you posted when it happened. It is merely your suspicion/opinion that that is the case. And you know what they say about opinions, right?

*You, young lady, have no moral authority to preach to me. By your own words, your own life is fucked up.*

OOOOOOH! High Moral Ground Bill! I'm so excited to see you! Oh, how ever can I respond! Well, I guess as a member of the undead, by default yes, my life is fucked up. But there are worse things than that you know.

*Daughter in trouble for shaking a baby. Getting divorced. How about you take a break from worrying about my issues and worry about your own instead?*

Billy, I don't worry about your issues. I DOCUMENT them. And have fun laughing at the monkey dances and how many times you step on your own crank. I most certainly don't worry about them.

*I am a real, flesh and blood human being that you guys have been treating like shit and I'm tired of it. I'm done with it.*

Gosh Bill. There are all sorts of real flesh and blood human beings that YOU have been treating like shit and we are tired of you doing it them. WE are done with it.

*And now, someone is trying to get me kicked out my apartment. So, I am going to fight back.*

You are going to fight back by adding more restraining orders to your collection? Because that's where you are headed Bill. That's not fighting back. That's doubling down on stupid. How about you QUIT HARASSING OTHER PEOPLE. Then people wouldn't be so up in arms about the idiotic things you are doing. You can start by stopping accusing various people of being Paul Krendler when you really and truly have NO FUCKING CLUE who he is. Unless he really and truly was you in your wonderful pretendy-land fantasy and then you just have to look in the mirror to find him.

*If you get hurt in the process, that's on you.*

I'm a Big Girl Zombie, Bill. There is honestly nothing you can do to hurt me. Not even suing me for half a million clams hurt me. Made me laugh, yes. Hurt me? No. You are in Wisconsin. I really don't feel like traveling there (even though it's actually pretty close now that I think about it) and so will never meet you in person. And that's just DANDY for me.

*If I were you, Sarah, I'd start a new blog about gardening or whatever else interests you because continuing to fan the flames of hatred against me is just going to get you burned.*

Actually, I DO have a new blog that I've been cultivating about one of my life-long obsessions. It's a whole lot of fun and has been keeping my obsessive-compulsive nature for starting projects and not finishing them in check. Plus there are pretty things and what Zombie Girl doesn't like to feel pretty? I can't think of one that doesn't.

But if you think I'm fanning the flames of hatred by simply keeping a record of your harassment of others and poor treatment of others factually using YOUR EXACT WORDS, then you have a problem Bill. Because I'm not going away. You memory hole things because you don't like being held accountable.

Guess what? I'm here so that you are held accountable because the things you do to others who never warranted them are unconscionable. And no amount of you being High Moral Ground Bill will ever change that.

Be well.

EXHIBIT D – DEFENDANT PALMER MISAPPROPRIATES PLAINTIFF'S NAME FOR PERSONAL PROFIT.

### BILLY SEZ – The Bill Schmalfeldt Feldtdown Observer

*"All that is necessary to discredit Bill Schmalfeldt, is to quote Bill Schmalfeldt."*
-R. S. McCain



# Because All the Cool Kids Are Doing It

**Make A Donation**

Exhibit E



Posted on November 7, 2015 by Paul Krendler-Clone

Impatient Billy is IMPATIENT