**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM SCHMALFELDT, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 16-cv-07150 |
| | ) | |
| v. | ) | Honorable District Judge Sarah L. Ellis |
| | ) | |
| PATRICK G. GRADY, SARAH R. PALMER, | ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

Now come the Plaintiff, WILLIAM SCHMALFELDT, by and through his attorneys, CAVANAGH LAW GROUP, and pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Northern District Local Rule 83.38, hereby states as follows:

1. Timothy Cavanagh of Cavanagh Law Group was recruited by this Honorable Court on August 12, 2016 to represent Plaintiff in the instant matter.

2. Plaintiff met with undersigned counsel on August 24, 2016. At that time, Plaintiff provided counsel with documentation related to his lawsuit filed pro se on July 11, 2016.

3. Undersigned counsel has reviewed all the materials provided to him, has diligently investigated the claims asserted and has been in contact with Plaintiff since his firm was recruited by this Honorable Court. After conferring with recruited counsel, Plaintiff seeks to voluntarily dismiss the present suit without prejudice, thus relieving Cavanagh Law Group from its assignment by this Court.

1

## **CONCLUSION**

For the foregoing reasons, Plaintiff, WILLIAM SCHMALFELDT, respectfully requests that this Honorable Court dismiss the instant matter without prejudice, grant Cavanagh Law Group relief from its assignment of Plaintiff pursuant to Local Rule 83.38, and grant any other relief it deems equitable and just.

Respectfully submitted,

_____
Michael J. Sorich #6279838
CAVANAGH LAW GROUP
161 N. Clark St., Suite 2070
Chicago, IL 60601
(312) 425-1900
mjs@cavanaghlawgroup.com