**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM SCHMALFELDT, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 16-cv-07150 |
| | ) | |
| v. | ) | Honorable District Judge Sarah L. Ellis |
| | ) | |
| PATRICK G. GRADY, SARAH R. PALMER, | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT** on Tuesday, September 29, 2016 at 1:30pm, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Ellis, or any Judge sitting in her stead, in Courtroom 1403 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, and shall then and there present the attached Motion to Dismiss Without Prejudice.

/s/ Michael J. Sorich
CAVANAGH LAW GROUP
161 N. Clark St.
Suite 2070
Chicago, IL 60601
(312) 425-1900
mjs@cavanaghlawgroup.com