UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

William M Schmalfeldt Sr
                                  Plaintiff,

v.                                                         Case No.: 1:16−cv−07150
                                                                Honorable Sara L. Ellis

Patrick G Grady, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 23, 2016:

      MINUTE entry before the Honorable Sara L. Ellis: Plaintiff's motion to dismiss without prejudice [8] is granted. Status hearing set for 9/29/16 is stricken. Attorney Timothy John Cavanagh and Michael Jude Sorich terminated. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.